FILED
Carbon County District Court

AUG 0 7 2017

ROCHELLE LOYNING
Rochelle Loyning, Clerk

1  Shane Colton
   Jaclyn Laferriere
2  EDMISTON & COLTON
   310 Grand Avenue
3  Billings, MT 59101
4  Telephone: (406) 259-9986
   Facsimile: (406) 259-1094
5  E-Mail: scolton@yellowstonelaw.com
          jaclyn@yellowstonelaw.com
6
7  Attorneys for Plaintiff

MONTANA TWENTY-SECOND JUDICIAL DISTRICT COURT, CARBON COUNTY

| JACOB NOTT-PARKER, | Cause No.: DV 17-76 |
|---|---|
| Plaintiff, | Judge: Blair Jones |
| vs. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | COMPLAINT AND DEMAND FOR JURY TRIAL |
| Defendant. | |

COMES NOW Plaintiff JACOB NOTT-PARKER (hereinafter "Plaintiff") by and through his counsel of record and for his Complaint against Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY (hereinafter "Defendant") alleges and states as follows:

1. Plaintiff is a resident of Bridger, Carbon County, Montana and is insured under a contract of insurance issued by the defendant.

2. Defendant is an insurance company transacting business in Montana.

3. Wayne Nott purchased an automobile insurance from Defendant which was in effect on October 10, 2014. This policy of insurance included underinsured motorist (hereinafter UIM) coverage in the amount of $50,000.00.

COMPLAINT AND DEMAND FOR JURY TRIAL
PAGE 1 OF 4

**EXHIBIT 1**

4. On or about October 10, 2014, Plaintiff was doing a ride-along with Carbon County Sheriff Deputy Jonathan Croft. They had just responded to an accident south of Belfry, Montana and were headed northbound on MT 72. Just north of Jackson Bridge over the Clark's Ford of the Yellowstone River, Brenda Fox failed to see the Carbon County sheriff's truck and proceeded onto MT 72 off a private road. Ms. Fox was driving intoxicated. The front of Ms. Fox's vehicle collided with the right front quarter panel of the Sheriff's vehicle. Both vehicles sustained debilitating damage.

5. The negligence of Ms. Fox was the cause of the collision.

6. Plaintiff suffered serious injuries and incurred significant damages in the collision.

7. Plaintiff has injury to his cervical spine, low back as well as head. He complained of blurry vision, headaches and irritability requiring treatment with the Headway Program where he was diagnosed with traumatic brain injury. Plaintiff continued to suffer with pain following the accident and ultimately required occipital nerve injection. Plaintiff was also referred to Rehder Balance and Hearing for evaluation of his unresolved vertigo. Plaintiff has never returned to his baseline and continues to suffer right-sided headaches, double vision and increased vertigo as well as occasional pain in his neck and low back. He also continues to experience occipital neuralgia. Plaintiff's injuries are directly related to the October 10, 2014, motor vehicle accident.

8. Medical expenses arising from the October 10, 2014, motor vehicle accident totaled over $16,844.81.

9. Plaintiff incurred significant wage loss arising from the subject accident. At the time of the accident he was employed with Edwards Jet Center. Following the subject accident,

COMPLAINT AND DEMAND FOR JURY TRIAL
PAGE 2 OF 4

PAGE 3/11 * RCVD AT 9/18/2017 10:37:21 AM [Central Daylight Time] * SVR:A0185-XFX0012-8/11 * DNIS:63270 * CSID:4062591094 * ANI: * DURATION (mm-ss):03-58

he was unable to return to work and lost out on 11 weeks of wages totaling over $4,500.00. From June 2015 until September 2015 he was completely unemployed and lost over $6,000.00 in wages. In total, Plaintiff sustained over $10,500.00 in lost wages arising from the October 10, 2014, accident.

10. Ms. Fox was insured by State Farm at the time of the subject accident. Bodily injury limits of liability were $100,000.00 which State Farm offered to pay for release of its insured.

11. On February 2, 2017, Defendant was provided with Plaintiff's wage loss documentation and complete medical file. Plaintiff requested the entire balance of the available UIM coverage.

12. On March 3, 2017, Defendant requested an Affidavit of Residency, confirmation of whether or not workers compensation was applicable, copy of the letter of exhausted limits and declarations pages for the at fault carrier as well as a copy of the police report.

13. Counsel for Plaintiff provided the requested information on March 7, 2017. An Affidavit of Residency was submitted to Defendant on April 26, 2017.   3/13/-Recd

14. On April 27, 2017, Defendant acknowledge it had received the requested information and would proceed with its evaluation.

15. On May 18, 2017, Defendant offered to settle the UIM claim for $4,730.00.

16. Counsel for Plaintiff responded to Defendant's offer on May 30, 2017, declining the offer and requesting Defendant reconsider and tender the balance of available UIM coverage.

17. In June 2017 Defendant was informed Plaintiff continued to suffer from cognitive issues such as memory loss, headaches and double vision as well as neck and back pain arising from the underlying accident. Despite this, Defendant did not increased its offer.

COMPLAINT AND DEMAND FOR JURY TRIAL
PAGE 3 OF 4

18. Plaintiff has suffered damages as a result of Defendant's handling of his insurance claim and is bringing this action against Defendant for breach of the insurance contract pursuant to M.C.A. §33-18-242 (3).

19. Defendant has breached the terms of the auto policy that insured Plaintiff by failing to pay the necessary contractual UIM coverage benefits for Plaintiff's injuries sustained in the subject accident of October 10, 2014, with an underinsured motorist.

20. Pursuant to M.C.A. §27-8-313 and *Trustees of Indiana University of Buxbaum*, 2003 MT 97, 315 Mont. 210, 69, P.3d 663, Plaintiff requests that the Court award Plaintiff's reasonable attorney fees in bringing this action against the insurer.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendant sufficient to fully compensate for all of Plaintiff's injury, damages and losses in an amount to be determined by the jury at the trial of this cause, for costs of suit, and for such other and further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff JACOB NOTT-PARKER demands trial by jury of all the issues in this action.

DATED this 4th day of August, 2017.

EDMISTON & COLTON LAW FIRM

By: _____
SHANE COLTON
JACLYN LAFERRIERE
Attorney for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL
PAGE 4 OF 4