# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JACOB NOTT-PARKER, | CV-17-131-BLG-SPW |
| Plaintiff, | **ORDER APPROVING STIPULATION REGARDING NON-RECOVERY OF ATTORNEY FEES** |
| vs. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE CO., | |
| Defendant. | |

The parties have submitted a Stipulation Regarding Non-Recovery of Attorney Fees, indicating Plaintiff Jacob Nott-Parker's claim for recovery of attorney fees is withdrawn. The parties stipulate that Plaintiff's claim for attorney fees should be dismissed with prejudice.

The Court approves the parties' Stipulation. Plaintiff's claim for attorney fees is hereby dismissed with prejudice.

SO ORDERED.

DATED this 13th day of June, 2018.

Susan P. Watters
United States District Court Judge