Stephanie Oblander
Smith Oblander & Meade, P.C.
104 2nd Street South, Suite 400
PO Box 2685
Great Falls, MT  59403-2685
Telephone: (406) 453-8144
steph@bigskylaw.com
*Attorneys for Defendant Allstate Fire And Casualty Insurance Co.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JACOB NOTT-PARKER, | Cause No.  CV-17-131-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE CO., | **JOINT NOTICE REGARDING SETTLEMENT** |
| Defendant. | |

COMES NOW, the parties, through their respective counsel, and jointly give notice that they have reached a settlement. The parties will be preparing the documents needed to effectuate the settlement, including a release. The parties reasonably expect that within thirty (30) days the settlement and release documents will be completed, exchanged, and a stipulation of dismissal lodged with the Court. The parties acknowledge that the settlement renders pending motions moot.

DATED this 25th day of January, 2019.

        Edmiston & Colton

        /s/ Shane Colton
        Shane Colton
        310 Grand Ave.
        Billings, MT 59101
        *Attorneys for Plaintiff*

DATED this 25th day of January, 2019.

        Smith Oblander & Meade, PC

        /s/ Stephanie Oblander
        Stephanie Oblander
        P.O. Box 2685
        Great Falls, Montana 59403-2685
        *Attorneys for Defendant Allstate*

## CERTIFICATE OF SERVICE

I, Stephanie A. Oblander, of the law firm of Smith Oblander & Meade, P.C., do hereby certify that on the 25th day of January, 2019, I caused to be served the foregoing document in the above matter this date to:

_1,2_ CM/ECF
___ Hand delivery
___ Mail
___ Overnight delivery service
___ Fax
___ Email

1. Clerk, U.S. District Court

2. Shane Colton
   Jacyln Laferriere
   Edmiston & Colton
   310 Grand Ave.
   Billings, MT 59101

Smith Oblander & Meade, PC

/s/ Stephanie Oblander
Stephanie Oblander
*Attorneys for Defendant Allstate*

Joint Notice Regarding Settlement - Page 3