

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JACOB NOTT-PARKER, | CV-17-131-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ALLSTATE FIRE AND CASUALTY INSURANCE CO., | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 28), and for good cause appearing,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 20th day of February, 2019.

SUSAN P. WATTERS
United States District Court Judge